UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOSI CORDERO,

Plaintiff,

-against-

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

26 CIVIL 01748 (BCM)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated October 1, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g). The parties further stipulate and agree that upon remand, the ALJ will be directed to offer Plaintiff the opportunity for a hearing and issue a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). Judgment entered on the complaint in favor of plaintiff, reversing the final decision of the Commissioner.

**Dated:** New York, New York
October 5, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**